AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**Any and All funds or other things of value** that are contained in Wells Fargo Account Number , held in the name of Deborah Jean Palfrey

CASE NUMBER:

06-423-M-01

TO: __SA Troy A. Burrus__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Troy A. Burrus__ who has reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely any and all funds or other things of value that are contained in Wells Fargo Account Number      held in the name of Deborah Jean Palfrey.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 29 2006
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D. C.

_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 29 Sep 06 | 3 OCT 06  2:15P | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

FILED
OCT 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     10/6/06

U.S. Judge or U.S. Magistrate Judge     Date